

# NUMBER 13-24-00078-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

AMANDA ESTRADA,                                                                    Appellant,

v.

LOAN RANGER CAPITAL
INVESTMENTS, LLC,                                                                   Appellee.

## On appeal from the County Court at Law No. 2
## of Travis County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña
Memorandum Opinion by Justice Longoria**

This cause is before the Court on its own motion.[1] On January 18, 2024, the Clerk

of the Court notified appellant that this appeal has not been timely perfected, so that steps

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of the Court's letter, the appeal would be dismissed. On February 6, 2024, the Clerk of the Court notified appellant a second time that it appeared the appeal was not timely perfected. Appellant was again advised that, if the defect was not corrected within ten days from the date of the Court's letter, the appeal would be dismissed.

The Court, having examined and fully considered the documents on file and appellant's failure to timely perfect his appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a)(c).

NORA L. LONGORIA
Justice

Delivered and filed on the
21st day of March, 2024.

2